UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHIRLEY DANIELA MOROCHO TENEMPAGUAY,<br>*Petitioner*<br><br>v.<br><br>SECRETARY KRISTI NOEM, et al.,<br>*Respondents* | §<br>§<br>§<br>§   Case No.  SA-26-CA-00772-XR<br>§<br>§<br>§<br>§<br>§ |

## ORDER FOR SERVICE

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1).

It is hereby **ORDERED** that the Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to

> Stephanie Rico, Civil Process Clerk
> U.S. Attorney's Office, Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process. Service should be directed to

> Warden, Dilley Immigration Processing Center
> 300 El Rancho Way
> Dilley, TX 78017

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service. Because this case appears to turn on whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the Court's prior orders addressing this question[1] and note any material factual differences** between those cases and this one. If Respondents so choose, in lieu of a full response, they may instead file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases.

---

[1] *E.g.*, *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025).

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 6th day of February, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE